IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAYEH DOV

    v.　　　　　　　　　　　　　　NO. 11-2798

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

FILED
SEP    2011
By_____ Dep. Clerk

BEFORE RUFE, J.

    AND NOW, to wit, this 31st day of August, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,001.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg